1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| Bennie Hamilton, | Case No. 2:19-cv-01397-RFB-BNW |
|---|---|
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| 1209 Village Walk Trust LLC | |
| Defendant. | |

17  On August 18, 2020, the Court entered a screening order, dismissed Plaintiff's complaint
18 without prejudice, and ordered Plaintiff to file an amended complaint (if he so chose) by
19 September 15, 2020. (Order (ECF No. 3.) Plaintiff has not filed an amended complaint or
20 otherwise responded to this Court's order. Accordingly, it appears Plaintiff abandoned his case.
21  IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without
22 prejudice and this case closed.

23 **NOTICE**

24  This report and recommendation is submitted to the United States district judge assigned
25 to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation
26 may file a written objection supported by points and authorities within fourteen days of being
27 served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely
28

objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: October 5, 2020

                                                BRENDA WEKSLER
                                                UNITED STATES MAGISTRATE JUDGE